# Exhibit A

<u>Citation for Personal Service –RESIDENT NOTICE (CERTIFIED MAIL)</u>



Case Number: <u>2019DCV-5387-G</u>

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: **Strata Claims Management, LLC**
**211 E 7th Street**
**Austin Tx 78701**
the Defendant,

GREETING: You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable David Stith**, **319th District Court** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said Petition was filed on the 29th day of October, 2019. A copy of same accompanies this citation.
The file number of said suit being Number: **2019DCV-5387-G**

The style of the case is: **Satyanam Hospitality LLC dba Super 8 Corpus Christi vs. Peleus Insurance Company,Strata Claims Management, LLC,George Mares, et al**

Said Petition was filed in said court by **Ben Crowell**, attorney for Plaintiff, whose address is 2028 E Ben White Blvd Ste 240-2015 Austin Tx 78741 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 5th day of November, 2019.



ANNE LORENTZEN, DISTRICT CLERK
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: _Nadia R. Contreras_ , Deputy
Nadia Contreras

## RETURN OF SERVICE

2019DCV-5387-G

SATYANAM HOSPITALITY LLC
DBA SUPER 8 CORPUS CHRISTI
VS.
PELEUS INSURANCE
COMPANY,STRATA CLAIMS
MANAGEMENT, LLC,GEORGE
MARES, ET AL

319TH DISTRICT COURT

Name

**ADDRESS FOR SERVICE**
Strata Claims Management, LLC
211 E 7th Street
Austin TX  78701

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20___, at _____ o'clock ___. m., and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the _____ _____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being: _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

Fees:
Serving Petition and Copy   $_____
Total                       $_____

By _____,

_____, Officer
_____, County, Texas
Deputy

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a Citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my
            (First, Middle, Last)
address is _____
           (Street, City, State, Zip, Country)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day
of _____, 20_____.

_____
Declarant / Authorized Process Server

_____
ID# & Expiration of Certification

**7019 0700 0000 8372 0369**

# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage
$

Postmark
Here

Sent To  Strata Claims Management, LLC
         Registered Agent: Corporation
         Service Company d/b/a CSC-Lawyers
         Inc.
Street and 211 E. 7th St., Ste 620
City, State, Austin, Texas 78701

# ANNE LORENTZEN
## DISTRICT CLERK



Certificate of Return of Service

DISTRICT COURTS / COUNTY COURTS AT LAW

901 LEOPARD STREET, ROOM 313

CORPUS CHRISTI, TEXAS 78401

361 888-0450 Fax 888-0571

Cause Number: 2019DCV-5387-G

Style: Satyanam Hospitality LLC dba Super 8 Corpus Christi
vs.
Peleus Insurance Company, Strata Claims Management, LLC, George Mares, et al

Pursuant to the Texas Rules of Civil Procedure, the undersigned certifies this cause. Service was issued:

To: George Mares
8144 Walnut Ln Ste 1490
Dallas TX 75231

On (Date Issued) 11/05/2019
and served on: 11/07/2019
or returned unserved

By Certified or Registered Mail. The returned receipt is attached to this form and was filed in this office on: 11/13/2019



**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: Nicole Alvarado, Deputy
Nicole Alvarado

Date 11/19/2019

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

George Mares
44 Walnut Hill Ln., Ste 1490
Dallas TX 75231

2. Article Number (Transfer from service label)
7019 0700 0000 8372 0321

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Amanda Young
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

USPS TRACKING #

9590 9402 4827 9032 7862 08

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Anne Lorentzen
Nueces County District Clerk
P O Box 2987
Corpus Christi, TX 78403

2019DCV-5367-G
C(17)nc

CLERK OF COUNTY
DISTRICT COURTS

First-Class Mail
Postage & Fees
USPS
Permit No. G-10

## Citation for Personal Service – RESIDENT NOTICE (CERTIFIED MAIL)

Case Number: **2019DCV-5387-G**



THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: **Engle Martin & Associates, LLC**
**Registered Agent: CT Corporation**
**1999 Bryan St Ste 900**
**Dallas Tx 75201**
the Defendant,

GREETING: You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable David Stith**, **319th District Court** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said Petition was filed on the 29th day of October, 2019. A copy of same accompanies this citation.
The file number of said suit being Number: **2019DCV-5387-G**

The style of the case is: **Satyanam Hospitality LLC dba Super 8 Corpus Christi vs. Peleus Insurance Company,Strata Claims Management, LLC,George Mares, et al**

Said Petition was filed in said court by **Ben Crowell**, attorney for Plaintiff, whose address is 2028 E Ben White Blvd Ste 240-2015  Austin Tx  78741 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 5th day of November, 2019.

**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: _Nadia R. Contreras_ , Deputy
Nadia Contreras

## RETURN OF SERVICE

2019DCV-5387-G

SATYANAM HOSPITALITY LLC
DBA SUPER 8 CORPUS CHRISTI
VS.
PELEUS INSURANCE
COMPANY,STRATA CLAIMS
MANAGEMENT, LLC,GEORGE
MARES, ET AL

319TH DISTRICT COURT

Name _____

**ADDRESS FOR SERVICE**
Engle Martin & Associates, LLC
Registered Agent: CT Corporation
1999 Bryan St Ste 900
Dallas TX  75201

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock ____. m., and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the _____, _____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being: _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

Fees: _____, Officer
Serving Petition and Copy  $_____     _____, County, Texas
Total                      $_____  By _____, Deputy

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a Citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my
(First, Middle, Last)
address is _____
(Street, City, State, Zip, Country)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of
of _____, 20____.

_____
Declarant / Authorized Process Server

_____
ID# & Expiration of Certification

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

7019 0700 0000 8372 0338

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage
$

Sent To  Engle Martin & Associates, LLC
Registered Agent: CT Corporation System
Street and A  1999 Bryan St., Ste 900
City, State,  Dallas TX 75201

Postmark Here

# ANNE LORENTZEN
## DISTRICT CLERK



Certificate of
Return of Service

DISTRICT COURTS / COUNTY COURTS AT LAW

901 LEOPARD STREET, ROOM 313

CORPUS CHRISTI, TEXAS 78401

361 888-0450 Fax 888-0571

Cause Number   2019DCV-5387-G

Style:   Satyanam Hospitality LLC dba Super 8 Corpus Christi
vs.
Peleus Insurance Company, Strata Claims Managment, LLC, George Mares, et al

Pursuant to the Texas Rules of Civil Procedure, the undersigned certifies this cause.
Service was issued:

To:   Andrew Skellie
1474 W Price Rd Ste 7-402
Brownsville TX  78526

On (Date Issued)   11/05/2019
and served on:   11/07/2019
or returned unserved

By Certified or Registered Mail. The returned receipt is attached to this form and was filed in this office on: 11/13/2019



**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: _Nicole Alvarado_, Deputy
Nicole Alvarado

Date   11/19/2019

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Andrew Skellie
174 W. Price Rd., Ste 7—
402
Brownsville, TX 78526

9590 9402 4827 9032 7862 22

2. Article Number *(Transfer from service label)*

7018 0700 0000 8372 0345

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* JOSE LPZ

C. Date of Delivery 11/2[?]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express
☐ Registered Mail
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9490 9402 4827 9032 7862 22

Sender: Please print your name, address, and ZIP+4® in this box•

Anne Lorentzen
Nueces County District Clerk
P O Box 2987
Corpus Christi, TX 78403

2:19DCV-5387G
(cit) MC

**Citation for Personal Service – Commissioner of Insurance**

ORIGINAL

Case Number: 2019DCV-5387-G

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: **Peleus Insurance Company  PO Box 469012  San Antonio TX  78246-9012**

the Defendant by serving in **DUPLICATE** copies to the COMMISSIONER OF INSURANCE, P.O. BOX 149104, MC 112-2A, AUSTIN, TEXAS  78714-9104.

GREETING:  You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable **David Stith, 319th District Court** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas.  Said **Petition** was filed on the 29th day of October, 2019. A copy of same accompanies this citation.

The file number of said suit being Number:   2019DCV-5387-G

The style of the case is:  **Satyanam Hospitality LLC dba Super 8 Corpus Christi vs.  Peleus Insurance Company,Strata Claims Management, LLC,George Mares, et al**

Said petition was filed in said court by Ben Crowell attorney for Plaintiff, whose address is 2028 E Ben White Blvd Ste 240-2015  Austin Tx  78741.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 5th day of November, 2019.



**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: *Nadia R. Contreras*  , Deputy
Nadia Contreras

## RETURN OF SERVICE

2019DCV-5387-G

SATYANAM HOSPITALITY LLC
DBA SUPER 8 CORPUS CHRISTI
VS.
PELEUS INSURANCE
COMPANY,STRATA CLAIMS
MANAGEMENT, LLC,GEORGE
MARES, ET AL

319TH DISTRICT COURT

Name _____

**ADDRESS FOR SERVICE**
Peleus Insurance Company
PO Box 469012
San Antonio TX 78246-9012

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock ___. m., and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this Notice of Petition to Suspend License with the date of delivery endorsed thereon, together with the accompanying copy of the _____ _____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being:

and the cause of failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

Fees:
Serving Petition and Copy  $_____
Total                      $_____

_____, Officer
_____, County, Texas
By _____, Deputy

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a Citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my
          (First, Middle, Last)
address is _____
          (Street, City, State, Zip, Country)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____, 20_____.

_____
Declarant / Authorized Process Server

_____
ID# & Expiration of Certification

**7019 0700 0000 8372 0352**

# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

# OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(checkbox; add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage
$

Postmark
Here

Sent To  Peleus Insurance Company
         C/O Texas Commissioner
         Insurance
Street   P.O. Box 149104, MC 112-2A
City, St Austin TX 78701